IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH DANIELS,**<br>　　　　　**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO.  23-2493 |

# O R D E R

**AND NOW**, this 25th day of November, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24), Plaintiff's opposition (ECF No. 31), and the reply thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Preclude Expert Testimony of Steven A. Bernstein (ECF No. 26) and Motion to Exclude Expert Testimony of Terry P. Leslie (ECF No. 27) are **DENIED AS MOOT**.

The Clerk of Court is directed to **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**